August 31, 2007

Mr. Lee H. Shidlofsky
Visser Shidlofsky LLP
7200 N. Mopac Expy, Suite 430
Austin, TX 78731

Mr. John Engvall Jr.
Engvall & Hlavinka, LLP
1900 St. James Place, Suite 210
Houston, TX 77056
Mr. Richard P. Hogan Jr.
Hogan & Hogan, L.L.P.
Two Houston Center
909 Fannin, Suite 2700
Houston, TX 77010

RE: Case Number: 05-0832
 Court of Appeals Number:
 Trial Court Number: 04-51074

Style: LAMAR HOMES, INC.
 v.
 MID-CONTINENT CASUALTY COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosures
|cc:|Mr. Charles F. Fulbruge |
| |III, Clerk |
| |Mr. E. Thomas Bishop |
| |Mr. Wade Caven Crosnoe |
| |Mr. Patrick J. Wielinski |
| |Ms. Jennifer Anne Lloyd |
| |Mr. Charles J. Pignuolo |
| |Mr. James Perry Dyer |
| |Mr. John C. Tollefson |
| |Mr. Micah Ethan Skidmore |
| |Mr. Richard Detrick Villa |
| |Mr. Levon G. Hovnatanian |
| |Mr. Kevin D. Jewell |
| |Mr. Michael A. Ysasaga |